ACCEPTED
14-15-00215-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/28/2015 5:05:46 PM
CHRISTOPHER PRINE
CLERK

**Nos. 14-15-00215-CR, 14-15-00216-CR, 14-15-00217-CR, 14-15-00218-CR, 14-15-00219-CR**

IN THE

# Court of Appeals
# For the Fourteenth Judicial District of Texas
# At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/28/2015 5:05:46 PM
CHRISTOPHER A. PRINE
Clerk

_____

# RODNEY DEAN SEWELL,

*Appellant*

*v.*

# THE STATE OF TEXAS

*Appellee*

_____

Cause numbers 1400739, 1402508, 1403353, 1408337 & 1417442
In the 176th Judicial District Court
Of Harris County, Texas

_____

## *Appellant's Motion for Extension of Time Within Which to file the Appellant's Brief*

_____

TO THE HONORABLE FIRST COURT OF APPEALS:

RODNEY DEAN SEWELL, the appellant, under TEX. R. APP. P. 10.1 & 10.5(b), moves for an extension of time within which to file his appellate brief. In support of his motion, the appellant submits the following:

(A)     The appellant's brief was due on **September 28, 2015**.

(B)    The appellant seeks an extension of time to file the appellant's brief until, **October 26, 2015**.

(C)    The appellant relies upon the following facts to reasonably explain the need for an extension:

> The undersigned has discovered that the clerk's record in each of the above-captioned cause numbers are incomplete. Specifically they are missing the Motion for New Trial filed on Appellant's behalf, as well as affidavits filed pertaining to said motion. A Motion to Supplement the Clerk's Record is being filed contemporaneously in an effort to rectify this and ensure the record is complete.

(D)    Two prior motions requesting an extension of time to file the appellant's brief has been requested and granted.

WHEREFORE, the appellant prays that this Court will grant the requested extension until October 26, 2015.

Respectfully submitted,

/s/ *Ann Lee Moseley*
ANN LEE MOSELEY

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that a copy of the foregoing was served on the State at the following address: Alan Curry, 1201 Franklin, 6th floor, Houston, TX 77002.

/s/ *Ann Lee Moseley*
ANN LEE MOSELEY
Texas Bar No. 90001927

2002 Timberloch Place #200
The Woodlands, TX 77380

*Counsel for Rodney Dean Sewell*

2